UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| PAUL LEEMON CLARK, | ) | CASE NO. C08-0350-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING § 1983 ACTION |
| | ) | |
| KING COUNTY SUPERIOR COURT, | ) | |
| | ) | |
| Defendant. | ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The complaint and this action are DISMISSED for failure to state a claim upon which relief can be granted. Plaintiff's application for leave to proceed *in forma pauperis* is DENIED as moot; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 27th day of May, 2008.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING § 1983 ACTION
PAGE -1